PAUL E. LEHMAN et al., Respondents, *v.* JACOB RUDIN, Appellant.

(Submitted May 5, 1930; decided May 13, 1930.)

*Abraham B. Keve* for motion.
*Charles Berlin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

In the Matter of ISAAC G. JOHNSON AND COMPANY, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Submitted May 5, 1930; decided May 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.  (See 253 N. Y. 535.)